1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>GUADAPULE CARDENAS<br><br>           Defendant. | CASE NO. 1:13-CR-00016 AWI<br><br>MOTION TO DISMISS;<br>ORDER |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Melanie L. Alsworth, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss without prejudice the indictment against GUADALUPE CARDENAS in the interest of justice.

Dated: June 6, 2013

BENJAMIN B. WAGNER
United States Attorney


/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

Motion to Dismiss            1

BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00016 AWI |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GUADAPULE CARDENAS | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED in the interest of justice that the indictment against GUADALUPE CARDENAS be dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 6, 2013  _____
                    SENIOR DISTRICT JUDGE